EILEEN M. DECKER
United States Attorney
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney
Acting Chief, Tax Division
     300 North Los Angeles Street
     Federal Building, Suite 7211
     Los Angeles, California 90012
     Telephone:  (213) 894-6607
     Facsimile:  (213) 894-0115
     E-mail:     robert.conte@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. EDCV 16-1040 PA (KKx) |
| Plaintiff, | [proposed] JUDGMENT |
| V. | |
| RICHARD S. MILLER and TIFFNY MILLER, | |
| Defendants. | |

    Based on the stipulation of the parties and a showing of good cause, the Court orders as follows:

    1.    For tax year 2011, Richard S. Miller and Tiffny Miller are jointly and severally liable to the United States of America in the amount of ,$10,228.09.

2.     For tax year 2012, Richard S. Miller and Tiffny Miller are jointly and severally liable to the United States of America in the amount of $13,428.41.

3.     Interest shall continue to accrue under 26 U.S.C. Sections 6602 and 6621 on the amounts owed until the liabilities set forth herein are paid in full.

IT IS SO ORDERED.

Dated: July 20, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE